IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01917-ZLW-KLM

THE CIT GROUP/CONSUMER FINANCE, INC.,

    Plaintiff(s),

v.

RICK L. ZIMMERMAN, and
FIRST NATIONAL BANK OF ARIZONA,

    Defendant(s).

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Unopposed Motion for Representative of Plaintiff to Participate in Settlement Conference by Telephone [Docket No. 30; Filed December 10, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff's representative may participate telephonically in the Settlement Conference set for January 17, 2008 at 10:00 a.m. Plaintiff's counsel shall appear in person. Plaintiff's representative shall contact Chambers at **(303) 844-4892** on the date and time set for the conference to participate.

Dated: December 11, 2007