IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01917-ZLW-KLM

THE CIT GROUP/CONSUMER FINANCE, INC.,

    Plaintiff,

v.

RICK L. ZIMMERMAN and
FIRST NATIONAL BANK OF ARIZONA,

    Defendants.

---

ORDER

---

The matter before the Court is Defendant Rick L. Zimmerman's Motion To Alter Or Amend The Court's Order Of December 11, 2007 Pursuant To Rule 59(e). The Court has reviewed carefully the moving and responding papers and the relevant legal authority. As the Court previously stated, a cross-claim cannot serve as the basis for removal jurisdiction.[1] Accordingly, it is

ORDERED that Defendant Rick L. Zimmerman's Motion To Alter Or Amend The Court's Order Of December 11, 2007 Pursuant To Rule 59(e) (Doc. No. 35) is denied. It is

---

[1] See The Holmes Group, Inc. v. Vornado Air Circulation Systems, Inc., 535 U.S. 826, 830-32 (2002); see also White v. Hughes, 409 F. Supp. 1005, 1007-08 (W.D. Tenn. 1975).

1

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this   16   day of January, 2008.

                                 BY THE COURT:

                                 _____
                                 ZITA L. WEINSHIENK, Senior Judge
                                 United States District Court