IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01917-ZLW-KLM

THE CIT GROUP/CONSUMER FINANCE, INC.,

    Plaintiff,

v.

RICK L. ZIMMERMAN and
FIRST NATIONAL BANK OF ARIZONA,

    Defendants.

## ORDER

The matter before the Court is Defendant Rick L. Zimmerman's Second Motion To Alter Or Amend The Court's Order Of December 11, 2007 Pursuant To Rule 59(e). Defendant Zimmerman states that "removal was additionally based on diversity jurisdiction. . . ." If by that statement Defendant Zimmerman means to assert that the original Complaint satisfied the requirements for federal diversity jurisdiction, then Defendant Zimmerman's Notice Of Removal, filed over six months after he was served with the Complaint, was untimely under 28 U.S.C. § 1446(b).[1] To the extent that Defendant Zimmerman is contending that the basis for federal diversity jurisdiction was

---

[1] Under 28 U.S.C. § 1446(b), a notice of removal must be filed within thirty days after the defendant is served with "a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ."

1

set forth for the first time in the cross-claim, Defendant Zimmerman again is informed that a cross-claim cannot serve as the basis for removal jurisdiction.[2]  Accordingly, it is

ORDERED that Defendant Rick L. Zimmerman's Second Motion To Alter Or Amend The Court's Order Of December 11, 2007 Pursuant To Rule 59(e) (Doc. No. 39) is denied.  It is

FURTHER ORDERED that the Court will not entertain further motions for reconsideration in this case.

DATED at Denver, Colorado, this ___7___ day of February, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court

---

[2]See The Holmes Group, Inc. v. Vornado Air Circulation Systems, Inc., 535 U.S. 826, 830-32 (2002); see also White v. Hughes, 409 F. Supp. 1005, 1007-08 (W.D. Tenn. 1975).